IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-00307-RPM-CBS

UNITED STATES FIRE INSURANCE COMPANY,

    Plaintiff,

v.

FREIGHTLINER, LLC,

    Defendant.

**MINUTE ORDER**

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    It is hereby **ORDERED** that Plaintiff's Unopposed Motion for Leave to Amend Complaint (filed June 14, 2005) is **GRANTED**. As of the date of this order, the Clerk's office is instructed to accept for filing Plaintiff's Amended Complaint and Jury Demand, tendered to the court on June 14, 2005, as "Exhibit B" to the motion.

**DATED:**    June 20, 2005