IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-M-307

UNITED STATES FIRE INSURANCE COMPANY,

    Plaintiff,

v.

FREIGHTLINER, LLC,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 30 2005

GREGORY C. ...

---

### ORDER REGARDING STIPULATED DISMISSAL WITH PREJUDICE

---

THE COURT, having examined the file herein and being fully advised in the premises, does hereby dismiss the within action, with prejudice, each party to pay its own costs and attorneys' fees.

Dated this 30th day of September 2005.

BY THE COURT:

_____
United States District Court Judge

## Certificate of Service

I hereby certify that on the 30th day of September 2005, a copy of the foregoing was served via U.S. Mail and/or ECF/Pacer on the following:

Miko Ando
Snell & Wilmer
1200 Seventeenth Street, Suite 1900
Denver, Colorado 80202

*Attorney for Defendant Freightliner, LLC*

_____
Michelle N. Gray